Catherine Taylor v. Daniel H. Tolman.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

David Greenberger v. Queens County Water Company.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Charles W. Shaffer v. Vandewater & Company.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Arthur L. Newman v. Herman A. Heyman.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Marc Loewenthal v. Leo M. Klein.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Elza Petrasch v. Jacques Samuels.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Hill L. Comings v. Connecticut Gas Company.—Application denied, with ten dollars costs. Order signed. Present— Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Traitel Marble Company v. Brown Brothers, Incorporated.—Application granted. Order signed. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

George W. Keyton v. Universal Motor Truck Company.—Application denied, with ten dollars costs. Order signed. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Frank J. Lennon Company v. New York Mail Company.—Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Frank J. Lennon Company v. New York Mail Company.— Motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Samuel Kronig and Another v. Victor B. Zeman.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Shawnee Fire Insurance Company v. Robert J. Newman and Others.— Motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

Annie Liebowitz v. Louis Terowsky.— Motion granted on condition that defendant file an undertaking in the sum of $1,000 to pay any damages resulting from violation of the injunction, to be fixed by this court. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Alfred Schule.— Motion granted; time extended to August first. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Edward Silverstein.— Motion